NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KYLE E. GRAMLING,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

2010-5039

Appeal from the United States Court of Federal Claims in case no. 09-CV-086, Senior Judge James F. Merow.

## ON MOTION

## ORDER

Upon consideration of Kyle E. Gramling's motion for a 14-day extension of time, until June 28, 2010, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___**JUN 1 4 2010**___          /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Alexander M. Bullock, Esq.
     Gregg P. Yates, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
    THE FEDERAL CIRCUIT

JUN 1 4 2010

JAN HORBALY
CLERK